UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| BILL MARTIN | CIVIL ACTION NO. 11-01413 |
| VERSUS | JUDGE PATRICIA MINALDI |
| TESORO CORPORATION, ET AL. | MAGISTRATE JUDGE KATHLEEN KAY |

CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel of record, comes Koch Industries, Inc. and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules of the United States District Court for the Western District of Louisiana, states that it has no parent company and that no publicly traded company owns 10% of more of its stock.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/  Neil C. Abramson
      Neil C. Abramson (Bar #21436)
      Nora B. Bilbro (Bar #22955)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email:  abramson@phelps.com
             bilbron@phelps.com

- and –

Steven J. Levine (Bar #14139)
John B. Shortess (Bar #26513)
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70821-4412
Telephone:  225-346-0285
Telecopier:  225-381-9197
Email:   levines@phelps.com
       shortesj@phelps.com

**ATTORNEYS FOR DEFENDANT,
KOCH INDUSTRIES, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic mail, facsimile and/or United States mail, properly addressed and postage prepaid, this 4th day of August, 2011.

          /s/  Neil C. Abramson

PD.5353583.1