RECEIVED
IN LAKE CHARLES, LA.

SEP - 5 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BILL MARTIN | * | CIVIL ACTION NO. 11-1413 |
| VERSUS | * | JUDGE PATRICIA MINALDI |
| KOCH INDUSTRIES, INC., ET AL | * | MAG. JUDGE KATHLEEN KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Approve Settlement Pursuant to La. R.S. 30:29 and for Final Judgment under Fed. R. Civ. P. 54(b);

IT IS HEREBY ORDERED that the settlement between Plaintiff Bill Martin and Defendants (1) Koch Industries, Inc., in its individual capacity and as successor in interest to Koch Oil Company (2) Tesoro Corporation, in its individual capacity and on behalf of its former, dissolved and defunct subsidiary, Tesoro Crude Oil Company, and (3) ConocoPhillips Pipe Line Company, in its individual capacity and as successor to Conoco Pipe Line Company and Continental Pipe Line Company (hereinafter collectively "Settling Defendants") **be, and hereby is, approved** under La. R.S. 30:29.J without a deposit of money into the registry of the Court;

IT IS FURTHER ORDERED that all claims of Plaintiff Bill Martin against the Settling Defendants **be, and hereby are, dismissed with prejudice;**

IT IS FURTHER ORDERED that all claims of Plaintiff against the remaining defendant, BP America, Inc are expressly reserved; and

IT IS FURTHER ORDERED that this judgment hereby is designated as a **final judgment under Federal Rule of Civil Procedure 54(b)** because there is no just reason for

delay because this settlement completely and finally resolves all claims between the Plaintiff and the Settling Defendants and effectively terminates the litigation between those parties.

Lake Charles, Louisiana, this 4 day of Sept, 2013.

_____
UNITED STATES DISTRICT JUDGE